**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**REYNALDO ORTIZ BARAJAS**,

Petitioner,

v.

**TODD BLANCHE,** Acting Attorney General of the United States in his official capacity; **U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN,** Secretary of the U.S. Department of Homeland Security in his official capacity; **DAVID VENTURELLA,** Acting Director of U.S. Immigration and Customs Enforcement in his official capacity; **JULIO HERNANDEZ,** Director of the Seattle Field Office of Immigration and Customs Enforcement (ICE)'s Enforcement and Removal Operations (ERO) in his official capacity; **BRUCE SCOTT,** Warden of Northwest ICE Processing Center in his official capacity,

Respondents.

Case No. 3:26-cv-2071-IM

**JUDGMENT**

Based on Plaintiff's Motion for Voluntary Dismissal, ECF 7, **IT IS ORDERED AND ADJUDGED** that the above-captioned proceeding is DISMISSED, without prejudice.

DATED this 8th day of October, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge